IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDRIC LYNN STRUGGS,<br><br>    Plaintiff,<br><br>  v.<br><br>A. HEDGPETH, et al.,<br><br>    Defendants.      / | No. C 11-02191 CW (PR)<br><br>ORDER GRANTING PLAINTIFF EXTENSION OF TIME TO FILE CERTIFICATE OF FUNDS AND PRISONER TRUST ACCOUNT STATEMENT |

    Plaintiff, a state prisoner, filed this pro se civil rights action under 42 U.S.C. § 1983.  On that same date, the Clerk of the Court sent Plaintiff a notice directing him to pay the filing fee or to file a completed in forma pauperis (IFP) application.

    Plaintiff has filed a request for an extension of time to file a completed IFP application.  Having read and considered Plaintiff's request, and good cause appearing,

    IT IS HEREBY ORDERED that Plaintiff's request for an extension of time is GRANTED.  The time in which Plaintiff may file a completed IFP application will be extended up to and including thirty (30) days from the date of this Order.

    Failure to file a completed IFP application by the thirty-day deadline as ordered shall result in the dismissal of this action without prejudice.

    This Order terminates Docket no. 4.

    IT IS SO ORDERED.

Dated: 6/20/2011

_____
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

CEDRIC LYNN STRUGGS,

        Plaintiff,

  v.

A. HEDGPETH et al,

        Defendant.

Case Number: CV11-02191 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 20, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Cedric Lynn Struggs
Salinas Valley State Prison
C-28615
P.O. Box 1050
D7-130
Soledad, CA 93960-1050

Dated: June 20, 2011

                        Richard W. Wieking, Clerk
                        By: Nikki Riley, Deputy Clerk

2