IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CEDRIC LYNN STRUGGS,

        Plaintiff,

   v.

G. PONDER, et al.,

        Defendants.

No. C 11-02191 YGR (PR)

**ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANTS' DISPOSITIVE MOTION**

Plaintiff has filed a request for a twenty-one-day extension of time in which to file his opposition to Defendants' dispositive motion, which was due on December 2, 2013. Having read and considered Plaintiff's request, and good cause appearing,

IT IS HEREBY ORDERED that Plaintiff's request for an extension of time is GRANTED. Plaintiff shall file his opposition to Defendants' dispositive motion no later than **December 23, 2013**.

Defendants shall file a reply brief no later than **fourteen (14) days** after the date Plaintiff's opposition is filed.

This Order terminates Docket No. 93.

IT IS SO ORDERED.

DATED: December 5, 2013

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

G:\PRO-SE\YGR\CR.11\Struggs2191grantEOT-oppn.frm