IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CEDRIC LYNN STRUGGS,**<br><br>Plaintiff,<br><br>v.<br><br>**G. PONDER, et al.,**<br><br>Defendants. | Case No. C 11-2191 YGR (PR)<br><br>**ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO REMOVE AN INCORRECTLY FILED DOCUMENT** |

Having reviewed Defendants' Administrative Motion to Remove an Incorrectly Filed Document, and good cause appearing, Defendants' motion is GRANTED. The Court orders that Exhibit 1 to document number 88 (Exhibit 1 to the Declaration of J. Stevenson filed on November 4, 2013) in this case shall be permanently removed from the ECF system.

Dated: January 3, 2014

_____
The Honorable Yvonne Gonzalez Rogers
United States District Court Judge

1

G:\PRO-SE\YGR\CR.11\Struggs2191.GrantRemoveExh.doc