IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDRIC LYNN STRUGGS,<br><br>    Plaintiff,<br><br>  v.<br><br>G. PONDER, et al.,<br><br>    Defendants._____ / | No. C 11-02191 YGR (PR)<br><br>**ORDER DENYING PLAINTIFF'S REQUEST FOR LEAVE TO FILE A SUR-REPLY**<br><br>(Docket No. 110) |

In response to the Court's June 4, 2013 Second Order of Service, Defendants filed a dispositive motion. Plaintiff has opposed the motion, and Defendants have filed a reply. Before the Court is Plaintiff's "Motion to Add to Plaintiff's Opposition . . . ." (Docket No. 110.) The Court construes this as a motion for leave to file a sur-reply. Plaintiff is seeking permission from this Court to do so, as required by the Northern District of California's Local Rules. Specifically, Civil Local Rule 7-3 provides, in pertinent part, that "once a reply is filed, no additional memoranda, papers or letters may be filed without prior court approval." Civ. L. R. 7-3(d).

In the present case, Plaintiff has previously been given an opportunity to file an opposition to Defendants' dispositive motion. He was also granted two extensions of time to do so. Defendants' disposition motion is now submitted and ready for the Court's review. Pursuant to the Court's June 4, 2013 Order, Defendants' motion for summary judgment will be deemed submitted as of the due date of Defendants' reply. Because the Court finds that Plaintiff has been given adequate opportunity to respond to Defendants' dispositive motion and because that motion has been deemed submitted as of January 9, 2014 (the date Defendants filed their reply), Plaintiff's motion for leave to file a sur-reply (docket no. 110) is DENIED. The Court will resolve the pending dispositive motion filed by Defendants in a separate written Order.

This Order terminates Docket No. 110.

IT IS SO ORDERED.

DATED: January 28, 2014

                                    YVONNE GONZALEZ ROGERS
                                    UNITED STATES DISTRICT COURT JUDGE

G:\PRO-SE\YGR\CR.11\Struggs2191.denySURREPLY.wpd