IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CEDRIC LYNN STRUGGS,            No. C 11-2191 YGR (PR)

    Plaintiff,                             **JUDGMENT**

vs.

G. PONDER, et al.,

    Defendants.
_____ /

For the reasons set forth in this Court's Order Granting Defendants' Motion for Summary Judgment,

IT IS ORDERED AND ADJUDGED

That Plaintiff take nothing, that judgment be entered in favor of Defendants in accordance with the Court's Order, and that each party bear its own costs of action.

DATED: March 5, 2014

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

G:\PRO-SE\YGR\CR.11\Burke2639.jud.frm

United States District Court
For the Northern District of California